NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM RAY McNEAL, JR.,  )
DOC #274245,              )
                         )
      Appellant,        )
                         )
v.                        )    Case No. 2D18-4712
                         )
STATE OF FLORIDA,         )
                         )
      Appellee.         )
_____ )

Opinion filed June 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

William Ray McNeal, Jr., pro se.


PER CURIAM.


        Affirmed.


CASANUEVA, KELLY, and SMITH, JJ., Concur.